# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON D.C.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 8 2008

SO ORDERED

*George B. Daniels*
HON. GEORGE B. DANIELS

August 27, 2008

**BY HAND DELIVERY**
Hon. George B. Daniels
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 630
New York, New York 10007

RE: PREI Hopewell Junction Associates, L.P. v. Central Hudson Gas & Electric Corporation
    Case No. 08 CIV 6631

Dear Judge Daniels:

I represent the defendant in this action, Central Hudson Gas & Electric Corporation ("Central Hudson"). I have spoken with counsel for the plaintiff, who has agreed to extend the time for Central Hudson to respond to the Complaint.

Pursuant to our agreement, Central Hudson will respond to the Complaint on or before September 18, 2008. I respectfully request that the Court "so order" this agreement.

Very truly yours,

Robert T. Barnard

cc: Anthony L. Gallia, Esq. (by email)
    Michael A. Turschmann, Esq. (by email)
    Attorneys for Plaintiff

Robert.Barnard@ThompsonHine.com  Phone 212.908.3922  Fax 212.344.6101                           jq1671501

THOMPSON HINE LLP         335 Madison Avenue        www.ThompsonHine.com
ATTORNEYS AT LAW          12th Floor                Phone 212.344.5680
                          New York, New York 10017-4611    Fax 212.344.6101